IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR BORRERO,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFF HORTON, Deputy Superintendent,<br>SCI Rockview; KENNETH R.<br>HOLLIBAUGH, Deputy Superintendent,<br>SCI Houtzdale; J.W. SAWTELLE,<br>C.C.P.M. at SCI Houtzdale; ROBERT<br>REED, Hearing Examiner, SCI Houtzdale;<br>　　　　　　　　Defendants. | ) <br>) <br>) <br>) Civil Action No. 12-113J<br>) Judge Kim R. Gibson/<br>) Magistrate Judge Maureen P. Kelly<br>) <br>) <br>) <br>) <br>) Re: ECF No. 26<br>) |

**ORDER**

AND NOW, this 27th day of August, 2013, after the Plaintiff Hector Borrero filed an action in the above-captioned case, and after the Defendants filed a Motion to Dismiss the Complaint, ECF No. 26, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 19, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss submitted on behalf of Defendants, ECF No. 26, is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 319

1

Washington Street, Room 208, Johnstown, PA 15901, within thirty (30) days.

                                              Kim R. Gibson
                                              United States District Judge

cc:      Honorable Maureen P. Kelly
         United States Magistrate Judge

         Hector Borrero
         JB-2013
         SCI Smithfield
         P.O. Box 999
         Huntingdon, PA 16652

         All Counsel of Record Via CM-ECF